RECEIVED

**E-FILED**

2009 NOV 18 P 3: 48

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)

3  Chief, Criminal Division

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

***CHAMBERS COPY***

4  GRANT P. FONDO  (181530)
   Assistant United States Attorney

5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113

6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066

NOV 1 0 2009

7     E-Mail: grant.fondo@usdoj.gov

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE  DIVISION

12

13

14  UNITED STATES OF AMERICA,            )    No. CR 09-MJ-70854 HRL
                                         )
15        Plaintiff,                     )
                                         )    STIPULATION AND [PROPOSED]
16     v.                                )    ORDER STAYING DEFENDANT'S
                                         )    COMMITMENT TO ANOTHER
17  JOSE LUIS SANDOVAL VASQUEZ,          )    DISTRICT UNTIL DECEMBER 11, 2009
                                         )
18        Defendant.                     )
                                         )

19

20        The defendant, JOSE LUIS SANDOVAL VASQUEZ, represented by LARA VINNARD,

21  Assistant Federal Public Defender, and the government, represented by Grant Fondo, Assistant

22  United States Attorney, hereby stipulation as follows:

23     1.  The parties appeared before the Court on October 21, 2009 requesting that the Court stay

24  its October 7, 2009 commitment to Another District order until November 30, 2009, and the

25  Court granted the parties' request. The Court set a status hearing for November 30, 2009.

26  ///

27  ///

28  ///

[PROPOSED] ORDER FURTHER STAYING COMMITMENT
Case No. CR 09-MJ-70854 HRL

1    2. The United States requests, and defendant's counsel does not oppose, that the order

2    staying defendant's commitment to another district be continued from November 30, 2009 to

3    December 11, 2009, and that the parties' November 30, 2009 status hearing be rescheduled to

4    December 11, 2009.

5

6    DATED: November 18, 2009                    JOSEPH P. RUSSONIELLO
                                                 United States Attorney
7

8
                                                 _____/S/_____
9                                                GRANT P. FONDO
                                                 Assistant United States Attorney
10

11   DATED: November 18, 2009                    _____/S/_____
                                                 LARA VINNARD
12                                               Counsel for Defendant

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

## ORDER

2

3       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

4   ORDERS that: (1) the October 7, 2009 Commitment to Another District order is stayed until

5   December 11, 2009; and (2) the parties' November 30, 2009 status hearing is rescheduled to

6   December 11, 2009 at _9:00_ a.m./p.m.

7

8

9   DATED: __11/19/09__                    _Patricia V. Trumbull_

10                                          Patricia V. Trumbull
                                            United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FURTHER STAYING COMMITMENT
Case No. CR 09-MJ-70854 HRL                    -3-