JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GRANT P. FONDO (181530)
Assistant United States Attorney
    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    E-Mail: grant.fondo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE LUIS SANDOVAL VASQUEZ,<br><br>  Defendant. | No. CR 09-MJ-70854 HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER STAYING DEFENDANT'S<br>COMMITMENT TO ANOTHER<br>DISTRICT UNTIL DECEMBER 23, 2009 |

The defendant, JOSE LUIS SANDOVAL VASQUEZ, represented by LARA VINNARD, Assistant Federal Public Defender, and the government, represented by Grant Fondo, Assistant United States Attorney, hereby stipulate as follows:

1. The parties appeared before the Court on October 21, 2009 requesting that the Court stay its October 7, 2009 Commitment to Another District order until November 30, 2009, and the Court granted the parties' request. The Court set a status hearing for November 30, 2009.

2. Pursuant to the parties' stipulation, on November 19, 2009 the Court ordered the defendant's commitment to another district be continued from November 30, 2009 to

| | |
|---|---|
| 1 | December 11, 2009, and that the parties' November 30, 2009 status hearing be rescheduled to |
| 2 | December 11, 2009. |
| 3 | 3. The United States requests, and defendant's counsel does not oppose, that the order |
| 4 | staying defendant's commitment to another district be continued from December 11, 2009 to |
| 5 | December 23, 2009, and that the parties' December 11, 2009 status hearing be rescheduled to |
| 6 | December 22, 2009 or December 23, 2009. |
| 7 | |
| 8 | DATED: December 10, 2009  JOSEPH P. RUSSONIELLO |
| 9 | United States Attorney |
| 10 | |
| 11 | /S/ |
| | GRANT P. FONDO |
| 12 | Assistant United States Attorney |
| 13 | DATED: December 10, 2009  /S/ |
| 14 | LARA VINNARD |
| | Counsel for Defendant |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY |
| 4 | ORDERS that: (1) the October 7, 2009 Commitment to Another District order is stayed until |
| 5 | December 23, 2009; and (2) the parties' December 11, 2009 status hearing is rescheduled to |
| 6 | December 23, 2009 at 10:00 ~~9:30~~ a.m. |

DATED: 12/10/09

Patricia V. Trumbull
United States Magistrate Judge